Ronald J. Tenpas
Morgan, Lewis & Bockius LLP
1111 Pennsylvania Avenue, NW
Washington, DC 20004
Tel:   202.739.5435
Fax:   202.739.3001

David Z. Chesnoff
Nevada Bar No. 2292
CHESNOFF & SCHONFELD
520 South Fourth Street
Las Vegas, Nevada 89101
Tel:   702.384.5562

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| Mark B. Kabins,<br><br>            Plaintiff,<br><br>v.<br><br>KATHLEEN SEBELIUS, in her Official Capacity as the Secretary of the United States Department of Health & Human Services,<br><br>            Defendant. | Case No.<br><br>2:11-CV-01742-KJD-RJJ |

**UNOPPOSED MOTION FOR EXTENSION OF BRIEFING DEADLINES**

(First Request)

Dr. Mark B. Kabins hereby moves, without objection, for an extension of time for the parties to file the two remaining briefs in this matter. This matter involves review of the Secretary of Health and Human Services' decision excluding Dr. Kabins from serving as a medical provider in various federal health care programs. Pursuant to an original jointly stipulated schedule agreed by the parties, Dr. Kabins filed his motion for summary judgment on February 29, 2012, and the Secretary filed her opposition to Dr. Kabins' motion and her motion for summary judgment on March 29, 2012. Under the current deadlines, Dr. Kabins' opposition

1

to the Secretary's motion for summary judgment and reply in support of his motion for summary judgment is due April 13, 2012[1], and the Secretary's reply in support of her motion for summary judgment is due April 27, 2012.  Counsel for Dr. Kabins requires a short amount of additional time to complete his response, in part due to an intervening family matter that was not anticipated at the time the parties filed their initial proposed schedule and, in part, due to the complexity of the issues raised by the government's motion.  Thus, additional time is necessary and appropriate to allow the parties to adequately brief the issues in this case and to allow equal time in preparing written submissions.

Dr. Kabins, with the Secretary's agreement, therefore moves this Court to extend the deadlines as follows:

1. Dr. Kabins' opposition to the Secretary's motion for summary judgment and reply in support of his motion for summary judgment is due on April 23, 2012.

2. The Secretary's reply in support of her motion for summary judgment is due on May 14, 2012.

---

[1] On February 28, 2012, this Court entered a scheduling order in accordance with the parties' joint proposal.  As noted, that order called for Dr. Kabins to respond by April 13, 2012, to the government's first filing.  When the United States made its filing on March 29, the clerk's office noted an entry on the docket setting Dr. Kabins' response for April 22.  This motion is being filed in an abundance of caution, assuming that the earlier ordered date applies, rather than the April 22 date noted on the docket.

Respectfully submitted,

Dated: April 9, 2012

RONALD J. TENPAS
MORGAN, LEWIS & BOCKIUS LLP


BY: /s/ *Ronald J. Tenpas*
Ronald J. Tenpas
Morgan, Lewis & Bockius LLP
1111 Pennsylvania Avenue, NW
Washington, DC 20004
Tel:  202.739.5435
Fax:  202.739.3001

David Z. Chesnoff
Nevada Bar No. 2292
CHESNOFF & SCHONFELD
520 South Fourth Street
Las Vegas, Nevada 89101
Tel:  702.384.5562

Attorneys for Plaintiff

IT IS SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE

DATED: April 16, 2012

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing document was served on all counsel by electronically uploading to the CM/ECF system, which will send an electronic notification to all counsel on April 9, 2012.

/s/ *Ronald J. Tenpas*
Ronald J. Tenpas