# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

MARK B. KABINS,

    Plaintiff,

v.

KATHLEEN SEBELIUS, *et al*.,

    Defendants.

Case No. 2:11-CV-01742-KJD-RJJ

**ORDER**

    The above entitled matter has been assigned to this U.S. District Judge by the Clerk of Court. With good cause appearing,

    U.S. District Judge Kent J. Dawson hereby recuses himself from this case and **IT IS ORDERED** that this matter is referred to the Clerk of Court for reassignment to another U.S. District Judge.

    DATED this 11th day of July 2012.

    Kent J. Dawson
    United States District Judge