1  RONALD J. TENPAS
   Pro Hac Vice
2  MORGAN, LEWIS & BOCKIUS, LLP
   1111 Pennsylvania Ave., N.W.
3  Washington, D. C. 20004
   Tel: 202-739-5435
4
5  DAVID Z. CHESNOFF, ESQ
   Nevada Bar No. 2292
6  CHESNOFF & SCHONFELD
   520 South Fourth Street
7  Las Vegas, Nevada 89101
   Tel: (702) 384-5563
8
   Attorneys for Plaintiff
9  MARK KABINS

10

11                    UNITED STATES DISTRICT COURT

12                        DISTRICT OF NEVADA

                              * * * *
13
   MARK B. KABINS,                    )
14                                     )    CASE NO. 2:11-cv-01742-JCM -RJJ
                Plaintiff,             )
15                                     )    PLAINTIFF MARK KABINS'
   vs.                                 )    NOTICE OF PENDING MOTION
16                                     )    AND REQUEST FOR ORAL
   KATHLEEN SEBELIUS, in her           )    ARGUMENT
17 Official Capacity as the Secretary  )    AND
   of the United States Department of  )    PROPOSED ORDER
18 Health and Human Services.          )
                                       )
19              Defendant.             )
                                       )
20 _____)

21        COMES NOW, Plaintiff Mark B. Kabins, by and through his undersigned attorneys, and

22 hereby files this notice of pending motions and Dr. Kabins' associated request for oral argument.

23 This matter involves a challenge to an administrative agency's decision to exclude Dr. Kabins from

24 participating as a medical provider, and receiving reimbursement for services, under various federal

25 health care programs. Given this, the matter arises on the agency's administrative record with no

26 additional discovery. The parties agreed, with the court's approval, to present cross-motions for

27 summary judgment.

28        While this case was assigned to the Honorable Kent J. Dawson, the parties moved forward

   to the summary judgment stage of the case as follows. On February 29, 2012, Dr. Kabins filed a

1  motion for summary judgment. (Doc. # 15.) The Government filed a response and a cross-motion
2  for summary judgment on March 29, 2012. (Doc. # 16.) Dr. Kabins filed his reply and opposition
3  to the Government's motion on April 23, 2012. (Doc. #19.)  The Government filed its final response
4  brief on May 8, 2012. (Doc. # 20.).  In his final reply, Dr. Kabins also sought oral argument on the
5  competing motions (see Doc # 19, p. 3).

6         On July 11, 2012, the parties were notified that Judge Dawson would be recused from the
7  case, (Doc. # 21), and on July 16, 2012, the parties were notified that the Honorable James C. Mahan
8  would be assigned to hear the case. (Doc. # 22.) Therefore, Dr. Kabins now notifies this court of
9  these pending motions and notes his request for oral argument on the matter.

10        **DATED** this _____ day of July, 2012.

11

12

13                                          Respectfully submitted,

14                                          _____
                                                    /s/
15                                          **RONALD J. TENPAS**
                                            **Pro Hac Vice**
16                                          **MORGAN, LEWIS & BOCKIUS, LLP**
                                            **1111 Pennsylvania Ave., N.W.**
17                                          **Washington, D. C. 20004**
                                            **Tel: 202-739-5435**
18
                                            **DAVID Z. CHESNOFF, ESQ**
19                                          **Nevada Bar No. 2292**
                                            **CHESNOFF & SCHONFELD**
20                                          **520 South Fourth Street**
                                            **Las Vegas, Nevada 89101**
21                                          **Tel: (702) 384-5563**

22
                                            **Attorneys for Plaintiff**
23                                          **MARK KABINS**

24

25

26

27

28

                                            2

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on the 17th day of July, 2012, I served a true and correct copy of the foregoing **PLAINTIFF MARK KABINS' NOTICE OF PENDING MOTION AND REQUEST FOR ORAL ARGUMENT AND PROPOSED ORDER** via electronic filing:

Roger W. Wenthe
roger.wenthe@usdoj.gov



An Employee of Chesnoff & Schonfeld

LAW OFFICES
CHESNOFF & SCHONFELD
AN ASSOCIATION OF PROFESSIONAL CORPORATIONS
520 SOUTH FOURTH STREET
LAS VEGAS, NEVADA 89101-6593
TELEPHONE 702 • 384-5563

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

* * * *

MARK B. KABINS,                    )
                                   )
          Plaintiff,               )
                                   )
vs.                                )          CASE NO. 2:11-cv-01742-JCM -RJJ
                                   )
KATHLEEN SEBELIUS, in her          )
Official Capacity as the Secretary )
of the United States Department of )
Health and Human Services.         )
                                   )
          Defendant.               )
_____)

## ORDER

    This matter having come before the court on plaintiff's motion, and good cause appearing, plaintiff's request for oral argument on his motion for summary judgment (doc. #15) is **GRANTED.**  The hearing on this matter is set for September 19, 2012, at the hour of 10:00 a.m. in courtroom 6A.

    Dated this 31st day of July 2012.

_____
The Honorable James C. Mahan
United States District Court Judge

Submitted by:

_____
David Z. Chesnoff, Esq.