1  DANIEL G. BOGDEN
   United States Attorney
2  District of Nevada
   ROGER W. WENTHE
3  Assistant United States Attorney
   Nevada Bar No. 8920
4  333 Las Vegas Blvd. So., #5000
   Las Vegas, Nevada   89101
5  Ph: (702) 388-6336
   Fax: (702) 388-6787
6
   Attorneys for United States.
7
                    **UNITED STATES DISTRICT COURT**
8                        **DISTRICT OF NEVADA**

9  MARK B. KABINS,                          )
                                            )
10              Plaintiff,                   )
                                            )
11  v.                                      )  Case No. 2:11-cv-01742-KJD-RJJ
                                            )
12  KATHLEEN SEBELIUS,                      )
     in her official capacity as            )
13  SECRETARY, UNITED STATES               )
    DEPARTMENT OF                           )
14  HEALTH AND HUMAN SERVICES,             )
                                            )
15              Defendant.                  )
    _____        )
16
                 **STIPULATED MOTION TO RESET HEARING**
17
              The parties, by their undersigned counsel, request the Court to reset the hearing in this
18
    matter to September 25, 2012, at 10:00 a.m.  A form of order is attached hereto.
19
    ///
20
    ///
21
    ///
22
    ///
23
    ///
24
    ///
25
    ///
26

Dated: August 2, 2012.

FOR THE PLAINTIFF:                          FOR THE DEFENDANT:

  /s/  Ronald Tenpas                        DANIEL G. BOGDEN
Ronald Tenpas, Esq.                         United States Attorney
MORGAN, LEWIS & BOCKIUS, LLP
1111 Pennsylvania Ave., NW
Washington, DC   20004
                                       By   /s/ Roger Wenthe
                                            ROGER W. WENTHE
                                            Assistant United States Attorney


Of Counsel:                                 Of counsel:

David Z. Chesnoff, Esq.                     Jill Wright, Senior Counsel
CHESNOFF & SCHONFELD                        Office of Counsel to the Inspector General
520 South Fourth Street                     United States Department of Health and Human
Las Vegas, NV 89101                         Services
                                            330 Independence Ave., S.W.
                                            Washington, D.C.  20201

1

2

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

3  MARK B. KABINS,                                )
                                                 )
4                          Plaintiff,            )
                                                 )
5  v.                                            ) Case No. 2:11-cv-01742-KJD-RJJ
                                                 )
6  KATHLEEN SEBELIUS,                            )
    in her official capacity as                  )
7  SECRETARY, UNITED STATES                      )
   DEPARTMENT OF                                 )
8  HEALTH AND HUMAN SERVICES,                    )
                                                 )
9                          Defendant.            )
   _____ )

10

**ORDER**

11

12         This matter having come before the Court on the parties' Joint Motion to Reset Hearing,

13  and good cause appearing therefor, IT IS HEREBY ORDERED that the hearing on the parties'

    summary judgment motions in this matter shall be held on September 25, 2012, at 10:00 a.m.
14  The hearing presently scheduled for September 19, 2012 at 10:00 a.m. is vacated.

15
           August 3, 2012,
16  Date: _____         _____
                                        UNITED STATES DISTRICT JUDGE

17

18

19

20

21

22

23

24

25

26