DANIEL G. BOGDEN
United States Attorney
District of Nevada
ROGER W. WENTHE
Assistant United States Attorney
Nevada Bar No. 8920
333 Las Vegas Blvd. So., #5000
Las Vegas, Nevada   89101
Ph: (702) 388-6336
Fax: (702) 388-6787

Attorneys for United States.

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| MARK B. KABINS, ) <br><br> Plaintiff, ) <br><br> v. ) <br><br> KATHLEEN SEBELIUS, ) <br> in her official capacity as ) <br> SECRETARY, UNITED STATES ) <br> DEPARTMENT OF ) <br> HEALTH AND HUMAN SERVICES, ) <br><br> Defendant. ) | Case No. 2:11-cv-01742-KJD-RJJ |

## <u>STIPULATED MOTION TO RESET HEARING</u>

The parties, by their undersigned counsel, request the Court to reset the hearing in this matter to September 25, 2012, at 10:00 a.m.  A form of order is attached hereto.

///

///

///

///

///

///

///

Dated: August 2, 2012.

FOR THE PLAINTIFF:                    FOR THE DEFENDANT:

  /s/  Ronald Tenpas                  DANIEL G. BOGDEN
Ronald Tenpas, Esq.                   United States Attorney
MORGAN, LEWIS & BOCKIUS, LLP
1111 Pennsylvania Ave., NW
Washington, DC   20004
                                      By    /s/ Roger Wenthe
                                        ROGER W. WENTHE
                                        Assistant United States Attorney


Of Counsel:                           Of counsel:

David Z. Chesnoff, Esq.               Jill Wright, Senior Counsel
CHESNOFF & SCHONFELD                  Office of Counsel to the Inspector General
520 South Fourth Street               United States Department of Health and Human
Las Vegas, NV 89101                   Services
                                      330 Independence Ave., S.W.
                                      Washington, D.C.  20201

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| MARK B. KABINS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 2:11-cv-01742-KJD-RJJ |
| | ) |
| KATHLEEN SEBELIUS, | ) |
| in her official capacity as | ) |
| SECRETARY, UNITED STATES | ) |
| DEPARTMENT OF | ) |
| HEALTH AND HUMAN SERVICES, | ) |
| | ) |
| Defendant. | ) |
| _____ | ) |

**ORDER**

This matter having come before the Court on the parties' Joint Motion to Reset Hearing, and good cause appearing therefor, IT IS HEREBY ORDERED that the hearing on the parties' summary judgment motions in this matter shall be held on September 25, 2012, at 10:00 a.m. The hearing presently scheduled for September 19, 2012 at 10:00 a.m. is vacated.

Date: August 3, 2012, _____

_____
UNITED STATES DISTRICT JUDGE

3