1  DAVID Z. CHESNOFF, ESQ
   Nevada Bar No. 2292
2  CHESNOFF & SCHONFELD
   520 South Fourth Street
3  Las Vegas, Nevada 89101
   Tel: (702) 384-5563
4
5  RONALD J. TENPAS
   Pro Hac Vice
6  MORGAN, LEWIS & BOCKIUS, LLP
   1111 Pennsylvania Ave., N.W.
7  Washington, D. 20004
   202-739-5435
8
   Attorneys for Plaintiffs
9  MARK KABINS

10
                    UNITED STATES DISTRICT COURT
11                       DISTRICT OF NEVADA
                             * * * *
12 MARK B. KABINS,                )
13         Plaintiff,             )
                                  )
14 vs.                            )   CASE NO. 2:11-cv-01742-JCM -RJJ
                                  )
15                                )
   KATHLEEN SEBELIUS, in her      )
16 Official Capacity as the Secretary )  MOTION FOR RELEASE OF
   of the United States Department of )  AUDIO RECORDING FROM
17 Health and Human Services.     )   SEPTEMBER 25, 2012 HEARING
                                  )   AND
18         Defendant.             )   PROPOSED ORDER
                                  )
19
20        Comes now Plaintiff Mark Kabins, by and through his attorneys of record, and hereby
21 moves this court for the release of the audio recording from the September 25, 2012 hearing. Due
22 to the unique nature of the arguments made at the hearing, counsel requests access to the audio files
23 that were recorded during the hearing in order to prepare for other proceedings with the United States
24 Attorney for the District of Nevada, other representatives of the Department of Justice, and/or other
25 //
26 //
27
28

1 officials.

DATED this 27th day of September 2012.

Respectfully submitted,

/s/ David Z. Chesnoff
**DAVID Z. CHESNOFF, ESQ.**
Nevada Bar No. 2292
520 South Fourth Street
Las Vegas, Nevada 89101
Tel: (702) 384-5563

**RONALD J. TENPAS**
Pro Hac Vice
MORGAN, LEWIS & BOCKIUS, LLP
1111 Pennsylvania Ave., N.W.
Washington, D. 20004
202-739-5435

Attorneys for Plaintiffs
Mark B. Kabins

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA
* * * *

MARK B. KABINS,

    Plaintiff,

vs.

KATHLEEN SEBELIUS, in her Official Capacity as the Secretary of the United States Department of Health and Human Services.

    Defendant.

CASE NO. 2:11-cv-01742-JCM -RJJ

## ORDER

This matter having come before the court on Plaintiff's motion, and good cause appearing, Plaintiff's motion for the release of the audio recording from the September 25, 2012 hearing is **GRANTED.**

**IT IS HEREBY ORDERED** that a copy of the audio recording for the September 25, 2012 hearing be provided to Plaintiff's counsel at Plaintiff's expense.

Dated November 28, 2012.

                                                                                      _/s/ James C. Mahan_
                                                                  The Honorable James C. Mahan
                                                                  United States District Court Judge

Submitted by:

/s/ David Chesnoff
David Z. Chesnoff

## CERTIFICATE OF SERVICE

I hereby certify that on the 27th day of September, 2012, I served a true and correct copy of the foregoing **MOTION FOR RELEASE OF AUDIO RECORDING FROM SEPTEMBER 25, 2012 HEARING AND PROPOSED ORDER** via electronic filing:

Roger W. Wenthe
roger.wenthe@usdoj.gov

*/s/ Camie Linnell*
An Employee of Chesnoff & Schonfeld